OPINION — AG — ** PUBLICATION — LEGAL NOTICES ** QUESTION: CAN A SHORT FORM, SUMMARY TYPE PUBLICATION OF CLAIMS AND EXPENDITURES IN THE PUBLICATION PROCEEDINGS OF THE BOARD OF COUNTY COMMISSIONERS COMPLY WITH THE REQUIREMENTS OF 19 O.S. 444 [19-444] (OFFICIAL PROCEEDINGS, PUBLICATION, NEWSPAPERS) ? — NEGATIVE CITE: OPINION NO. MARCH 2, 1955 — GARRISON OPINION NO. MARCH 7, 1951 — PICKERING, 19 O.S. 444 [19-444] (JAMES P. GARRETT)